

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 9, 2022

**BY ECF**
The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Gantt v. Garland,*
                Civil Action No. 21-cv-1515 (Chen, J.) (Merkl, M.J.)

Dear Judge Merkl:

      This Office represents Defendant United States Attorney General Merrick B. Garland in the above-referenced action. The parties write jointly to advise the Court that they have reached a settlement in principle of all claims in this action. Accordingly, the parties respectfully request that the settlement conference scheduled for September 12 be cancelled. The parties further request that the Court allow the parties 30 days in which to finalize the settlement and file the Stipulation of Dismissal.

      We thank the Court for its consideration of these requests.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney
                              271-A Cadman Plaza East, 7th Floor
                              Brooklyn, New York 11201

            By:     */s/ Sean P. Greene-Delgado*
                      Sean P. Greene-Delgado
                      Kimberly A. Francis
                      Assistant U.S. Attorneys
                      (718) 254-6484
                      (718) 254-6147
                      sean.greene@usdoj.gov
                      kimberly.francis@usdoj.gov
                      *Counsel for Defendant*

Honorable Taryn A. Merkl
September 9, 2022 | Page 2

cc:    Joshua Pepper (by ECF)
Law Office of Joshua Pepper, PLLC
30 Wall Street, 8th Floor
New York, New York 10005
(212) 804-5768
jpepper@jpepperesq.com
*Counsel for Plaintiff*