UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MICHELLE GANTT

                        Plaintiff,

  -against-                                        Civil Action
                                                    No. 21-cv-1515
MERRICK GARLAND
Attorney General of the United States,         (Chen, J.)
                                                    (Merkl, M.J.)

                        Defendant.

-------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

      IT IS FURTHER STIPULATED AND AGREED that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order of Dismissal with Prejudice may be executed in separate counterparts, each of which shall be deemed to be an original.

*[Remainder of page intentionally left blank]*

*Gantt v. Garland*, No. 21-cv-1515 (Chen. J.) (Merkl, M.J.)
Stipulation and Order of Dismissal with Prejudice

Once this Stipulation and Order of Dismissal with Prejudice has been signed and so ordered by the Court, the Clerk of Court shall enter judgment in this case dismissing the action with prejudice and shall close the case.

| | |
|---|---|
| Dated: New York, New York<br>October 19, 2022<br><br>LAW OFFICE OF<br>JOSHUA PEPPER, PLLC<br><br>By: /s/ Joshua Pepper<br>JOSHUA PEPPER, ESQ.<br>30 Wall Street, 8th Floor<br>New York, New York 10005<br>(212) 804-5768<br>jpepper@jpepperesq.com<br>*Counsel for Plaintiff* | Dated: Brooklyn, New York<br>October 20, 2022<br><br>BREON PEACE<br>United States Attorney<br><br>By: /s/ Sean P. Greene-Delgado<br>SEAN P. GREENE-DELGADO<br>KIMBERLY A. FRANCIS<br>Assistant U.S. Attorneys<br>Eastern District of New York<br>271-A Cadman Plaza East<br>Brooklyn, New York 11201<br>(718) 254-6484/6147<br>sean.greene@usdoj.gov<br>kimberly.francis@usdoj.gov<br>*Counsel for Defendant* |

SO ORDERED this

___8___ day of __November__, 2022

/s/ Pamela K. Chen
_____
HONORABLE PAMELA K. CHEN
United States District Judge